# IN THE SUPREME COURT OF THE STATE OF NEVADA

ELOY PADILLA-SALDANA,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE,
Respondent,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 80066

FILED

DEC 2 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

This original pro se petition for a writ of mandamus seeks to compel the district court to act on the petition for a writ of habeas corpus that petitioner claims he filed in that court.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88

19-51526

P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.[1]

_____ C.J.
Gibbons

_____ , J.
Pickering

_____ , J.
Hardesty

cc:  Eloy Padilla-Saldana
     Attorney General/Carson City
     Washoe County District Attorney
     Washoe District Court Clerk

---

[1]We are confident that the district court will resolve all pending matters as expeditiously as its calendar permits.